U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-20029-DPG

DOUG LONGHINI,

    Plaintiff,

vs.

SUSFAM, INC., and
EPSILON OMEGA, INC.,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT OF ATTORNEYS' FEES AND REQUEST CANCELLATION OF HEARING

The Parties, DOUG LONGHINI, SUSFAM, INC., EPSILON OMEGA, INC., and former Defendant, JOSEPH KORETH, by and through their undersigned counsel, hereby give Notice of Settlement of attorneys' fees claimed by counsel for Plaintiff and counsel for former Defendant, JOSEPH KORETH, and further request cancellation of the hearing, set before Magistrate Alicia M. Otazo-Reyes, on July 20, 2017.

| ANDERSON LAW GROUP | GARCIA-MENOCAL & PEREZ, P.L. |
|---|---|
| /s/ Melissa Gilkey Mince | /s/ Anthony J. Perez |
| Melissa Gilkey Mince, Esq. | Anthony Joseph Perez, Esq. |
| Florida Bar No.: 564230 | Florida Bar No.: 535451 |
| 13577 Feather Sound Drive, Suite 500 | 4937 SW 74th Court, Unit 3 |
| Clearwater, FL 33762 | Miami, FL 33155 |
| Telephone: (727) 329-1999 | Telephone: (305) 553-3464 |
| Facsimile: (727) 329-1499 | Facsimile: (305) 553-3031 |
| Primary: mmince@floridalawpartners.com | Primary: ajperezlaw@gmail.com |
| Secondary: eserve@floridalawpartners.com | Secondary: agarciamenocal@gmplaw.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 19th day of July, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice to all counsel of record:

Anthony Joseph Perez, Esq.
GARCIA-MENOCAL & PEREZ, P.L.
4937 SW 74th Court
Unit 3
Miami, FL  33155
ajperezlaw@gmail.commpomares@lawgmp.com

*/s/ Melissa Gilkey Mince*
Melissa Gilkey Mince, Esq.
Florida Bar No.: 564230